**FILED**
September 1, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:14-cr-00083-KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ALEKSANDR MASLOV, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Aleksandr Maslov</u>; Case <u>2:14-cr-00083-KJM</u> from custody and for the following reasons:

- **X** Release on Personal Recognizance

- __ Bail Posted in the Sum of _____

- __ Unsecured Appearance Bond in the amount of $

- __ Appearance Bond with 10% Deposit

- __ Appearance Bond secured by Real Property

- __ Corporate Surety Bail Bond

- **X** (Other) <u>Pretrial Supervision/Conditions; defendant ordered to surrender passport to the Clerk of Court</u>

Issued at <u>Sacramento, CA</u> on <u>9/1/2015</u> at <u>2:11 p.m.</u>

By _____
Kendall J. Newman
United States Magistrate Judge