IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> MIHRAN MELKONYAN, ROUSLAN ) <br> AKHMEROV, ALEKSANDR ) <br> MASLOV, and RUSLAN KIRILYUK, ) <br> ) <br> Defendants. ) | Case №:2:14-CR-00083 GEB <br><br> **ORDER SEALING DOCUMENT** |

On February 9, 2017, Defendant Aleksandr Maslov emailed chambers a request to seal his competency evaluation report dated February 7, 2017, which was prepared by Dr. Barbara McDermott; a proposed conclusory sealing order; and the report. However, defendant Maslow has not shown that the extent of the secrecy he seeks is authorized under applicable sealing jurisprudence. Nevertheless the sealing request is granted with the understanding that whatever portion of the sealed report that is relied on by a party shall be filed in some manner on the public docket, unless a party seeks and is granted authority under the applicable sealing standard to keep sealed what is referenced, or some portion thereof.

The Clerk of Court shall file the report under seal and in the text portion of the docket state: "Sealed Dr. McDermott competency evaluation."

IT IS SO ORDERED.

Dated: February 10, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge