|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ALEKSANDR MASLOV,<br><br>  Defendant. | No.  2:14-cr-00083-GEB<br><br>**ORDER FILING A LETTER RECEIVED FROM THE FEDERAL BUREAU OF PRISONS UNDER SEAL AND DIRECTING COUNSEL TO FILE A BRIEF AND/OR A SEPARATE OR JOINT PROPOSED ORDER** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On April 25, 2017, the undersigned judge received a letter from the Federal Bureau of Prisons ("B.O.P."), dated April 13, 2017; the letter was mailed to the federal courthouse located in Fresno, California.  The letter concerns Defendant Aleksandr Maslov and contains the following specific requests:

> Dear Judge Burrell:
>
> This is in response to your court order dated February 23, 2017, which committed Mr. Maslov for an examination pursuant to 18 U.S.C. § 4241. Mr. Maslov was designated to our facility on March 15, 2017. He arrived to the Metropolitan Detention Center (MDC), Los Angeles, CA, on March 30, 2017.
>
> Pursuant to 18 U.S.C. § 4241, the defendant may be committed for a period of up to 30 days so that our Psychology staff can complete an evaluation. **Our clinical psychologist requests a 15-day extension as permitted by the statute to complete the testing and examination necessary to develop a history, diagnosis, and opinion. We would also ask the Court to determine that commitment for the evaluation commence upon his arrival at our facility.** It is anticipated that the evaluation will be completed by May 15, 2017. The report will be submitted to the Court within three weeks of completion of the evaluation. You can expect to receive the report by June 5, 2017, should you grant our request for an extension.

1

(emphasis added).

Therefore, no later than April 27, 2017, counsel shall file a brief and/or a separate or joint proposed order concerning these B.O.P's requests.

Lastly, the Clerk of the Court shall serve each party with a copy of the April 13, 2017 letter, and shall file the April 13, 2017 letter under seal because the other portions of the letter contain identifying information that need not be filed on the public docket; and the Docket Text concerning this sealing shall state: "Sealed Letter from the B.O.P. concerning Defendant's Competency Evaluation."

Dated: April 25, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge