PHILLIP A. TALBERT
United States Attorney
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
| Plaintiff, | STIPULATION REGARDING FURTHER COMPETENCY PROCEEDINGS FOR DEFENDANT ALEKSANDR MASLOV; [PROPOSED] ORDER |
| v. | |
| ALEKSANDR MASLOV, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Aleksandr Maslov, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the competency proceedings as to defendant Aleksandr Maslov were set for status conference on May 19, 2017.

2. On May 19, 2017, Dr. Samantha Shelton, the evaluator from the Metropolitan Detention Center in Los Angeles assigned to the defendant's evaluation, informed the government that she expected to finish her report on the defendant by May 26, 2017.

3. The defendant is currently out of custody.

4. Given the release date for Dr. Shelton's report, as well as reasonable time necessary for the parties to review the report and for defense counsel to consult with his expert, the parties jointly request that the currently-scheduled status conference of May 19, 2017, be vacated, and that a new status

1 conference be set for June 30, 2017.

2      5. Moreover, on April 28, 2017, this Court excluded time under the Speedy Trial Act within which trial must occur through May 19, 2017, pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A].  The parties hereby jointly request that this Court order further time excluded between the date of this Order and the contemplated June 30, 2017, status conference pursuant to Local Codes T4 and A.  First, the discovery in this case is voluminous, and defense counsel continues to prepare for an eventual trial, justifying continued exclusion under Local Code T4.  Independently, competency proceedings are underway, as the evaluator is currently compiling her evaluative report on that subject, justifying an exclusion under Local Code A.  See United States v. Miranda, 986 F.2d 1283, 1294–85 (9th Cir. 1993) (holding that § 4241(a) time limits for competency evaluation do not limit excludable time for competency examinations under § 3161(h)(1)(A), and upholding exclusion of 106 days in which defendant's mental competency evaluation report was under preparation); accord United States v. Daychild, 357 F.3d 1082, 1094 (9th Cir. 2004).

     6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

     IT IS SO STIPULATED.

Dated:  May 17, 2017      PHILLIP A. TALBERT  
                                                       United States Attorney

                                                       /s/ MATTHEW M. YELOVICH  
                                                       MICHAEL D. ANDERSON  
                                                       MATTHEW M. YELOVICH  
                                                       Assistant United States Attorneys

Dated:  May 17, 2017      /s/ ROBERT WILSON  
                                                       ROBERT WILSON  
                                                       Counsel for Defendant  
                                                       ALEKSANDR MASLOV

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 18, 2017

GARLAND E. BURRELL, JR.
Senior United States District Judge