UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-cr-00083-GEB |
| Plaintiff, | |
| v. | **ORDER** |
| ALEKSANDR MASLOV, | |
| Defendant. | |

On May 25, 2017, chambers received from the Warden of the Federal Bureau of Prisons Metropolitan Detention Center in Los Angeles, California a letter dated May 25, 2017, and a Forensic Evaluation concerning Defendant Aleksandr Maslov.

The Clerk of the Court shall only serve the United States and counsel for Defendant Maslov with a copy of the Forensic Evaluation, and shall file the May 25, 2017 letter on the public docket. The Clerk of the Court shall file the Forensic Evaluation under seal; and the Docket Text concerning this sealing shall state: "Sealed Forensic Evaluation concerning Defendant Aleksandr Maslov's competency."

Dated: May 26, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1