**Law Offices of Robert M. Wilson**
Robert M. Wilson, SBN: 122731
770 L Street, Suite 950
Sacramento, CA 95814
Telephone: (916) 441-0888
RWilson@BusinessCounsel.net

***ATTORNEY FOR DEFENDANT***
ALEKSANDR MASLOV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Aleksandr Maslov,<br><br>Defendant. | Case №: 2:14-CR-00083 GEB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE THE STATUS CONFERENCE FROM JUNE 30, 2017 TO AUGUST 25, 2017 AND EXCLUDE TIME** |

STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties and their attorneys, Matthew M. Yelovich, Assistant United States Attorney, and Robert M. Wilson, attorney for Aleksandr Maslov, that the status conference date of Friday, June 30, 2017, should be continued to Friday, August 25, 2017, and time should be excluded under the Speedy Trial Act. The parties further stipulate as follows:

1. By previous order, the status of the competency proceedings as to defendant Aleksandr Maslov in case number 2:14-CR-083 were set for status conference on June 30th, 2017.

1
**STIPULATION NAD PROPOSED ORDER TO CONTINUE STATUS CONFERECE**

2. Dr. Samantha Shelton was the evaluator from the Metropolitan Detention Center in Los Angeles assigned to the defendant's evaluation. Her report regarding the defendant was filed on May 30, 2017.

3. The report of Dr. Shelton has been received and has been provided to Dr. McDermott at UC Davis to review. The defendant wishes to present to the Court a supplemental report from Dr. McDermott. Dr. McDermott has requested additional time to prepare a supplemental report.

4. The defendant, Aleksandr Maslov, is currently out of custody.

5. Moreover, on May 17, 2017 this Court in case number 2:14-CR-083 GEB excluded time under the Speedy Trial Act within which trial must occur through June 30, 2017, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A]. The parties hereby jointly request that this Court order further time excluded in this matter, 2:14-CR-083, between the date of this Order and the contemplated August 25, 2017, status conference pursuant to Local Codes T4 and A for several reasons. First, the discovery in this case is voluminous, and defense counsel continues to prepare for an eventual trial, justifying continued exclusion under Local Code T4. Independently, competency proceedings are underway, as the evaluator is currently compiling her evaluative report on that subject, justifying an exclusion under Local Code A. See United States v. Miranda, 986 F.2d 1283, 1294–85 (9th Cir. 1993) (holding that § 4241(a) time limits for competency evaluation do not limit excludable time for competency examinations under § 3161(h)(1)(A), and upholding exclusion of 106 days in which defendant's mental competency evaluation report was under preparation); accord United States v. Daychild, 357 F.3d 1082, 1094 (9th Cir. 2004).

6. The parties further stipulate the continuance is necessary, as defense counsel is still reviewing discovery, meeting with his client, and investigating information as well as conducting additional research.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED that the time between June 30, 2017 and August 25, 2017 should be excluded from the Speedy Trial calculation pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A] for defense preparation and the pending competency proceedings, based on the representations of the parties in their stipulation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

Dated: June 28, 2017 /s/ ROBERT WILSON
ROBERT WILSON
Counsel for Defendant
ALEKSANDR MASLOV

Dated: June 28, 2017 PHILLIP A. TALBERT
United States Attorney

/s/ MATTHEW M. YELOVICH
MICHAEL D. ANDERSON
MATTHEW M. YELOVICH
Assistant United States Attorneys

IT IS SO ORDERED.

The status conference presently set for June 30, 2017 at 9:00 A.M., is hereby continued to August 25, 2017 at 9:00 A.M., and time under the Speedy Trial Act will be excluded from June 30, 2017 through August 25, 2017 pursuant to 18 U.S.C.§§ 3161(h)(7)(A), B(iv) [Local Code T4] and 3161(h)(1)(A) [Local Code A] for defense preparation and the pending competency proceedings, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: June 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge