1  PHILLIP A. TALBERT
   United States Attorney
2  MICHAEL D. ANDERSON
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                      IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00083 GEB |
|---|---|
12 | Plaintiff, | [PROPOSED] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |
13 | v. | |
14 | ALEKSANDR MASLOV, | |
15 | Defendant. | |

   Pursuant to Local Rule 141(b) and based upon the representation contained in the government's Request to Seal, IT IS HEREBY ORDERED that the three-page supplemental report regarding defendant's competency, pertaining to defendant ALEKSANDR MASLOV, and the government's Request to Seal shall be SEALED until further order of this Court.

   It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

   The Court has considered the factors set forth in <u>Oregonian Publ'g Co. v. United States Dist. Court</u>, 920 F.2d 1462 (9th Cir. 1990) and <u>In re Copley Press, Inc.</u>, 518 F.3d 1022, 1028 (9th Cir. 2008). The Court finds that, for the reasons stated in the government's request, sealing the three-page supplemental report serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. The Court further finds that

there are no additional alternatives to sealing the three-page supplemental report that would adequately protect the compelling interests identified by the government.

Dated: October 31, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge