IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:14-cr-00083 KJM |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| vs. | ) | **APPOINTING COUNSEL** |
| | ) | |
| ALEKSANDR MASLOV, | ) | |
| | ) | |
| Defendant. | ) | |

The circuit court ordered the Federal Defender to locate counsel for an appeal. CJA Panel attorney Tony F. Farmani is hereby appointed effective May 25, 2022, the date the Office of the Federal Defender contacted him. The defendant was previously determined to qualify for appointed counsel.

DATED: May 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE