Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON & OLMOS, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704
dolmos@nbo.law

Counsel for Defendant
Mihran Melkonyan

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>     vs.<br><br>MIHRAN MELKONYAN, et al.,<br><br>          Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Michael D. Anderson, and Defendant Mihran Melkonyan, through undersigned counsel, that the status conference now set for October 12, 2022, be continued to November 16, 2022, at 11:00 a.m.  The parties have filed a joint status conference statement together with this stipulation which describes the reasons for the stipulation – namely, undersigned defense counsel's recent appointment to the case, the complex issues involved in this matter, and the parties' intention to continue to meet and confer in an effort to resolve the pending post-conviction claims in Mr. Melkonyan's habeas corpus petition.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

For the foregoing reasons, the parties stipulate to continue the status conference to November 16, 2022, at 11:00 a.m.

IT IS SO STIPULATED.

Dated: October 5, 2022                    NOLAN BARTON & OLMOS, LLP


                                           /S/ *Daniel Olmos*
                                          Daniel Olmos
                                          Attorney for Defendant Mihran Melkonyan


Dated: October 5, 2022                    PHILLIP A. TALBERT
                                          UNITED STATES ATTORNEY


                                           /S/ *Michael D. Anderson*
                                          By: Michael D. Anderson
                                          Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>MIHRAN MELKONYAN, et al.,<br><br>Defendants. | Case No. 2:14-cr-00083 DAD<br><br>**[PROPOSED]** ORDER TO CONTINUE STATUS CONFERENCE |

GOOD CAUSE APPEARING, it is hereby ordered that the status conference for Defendant Mihran Melkonyan currently scheduled for October 12, 2022, be continued to November 16, 2022, at 11:00 a.m.

Dated: October 6, 2022

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE