**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEKSANDR MASLOV,<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:14-cr-00083-DJC-3<br><br>**ORDER** |

Good case appearing, it is hereby ordered that the status conference for Defendant Aleksandr Maslov currently scheduled for November 9, 2023, be continued to November 30, 2023, at 9:00 a.m.

IT IS SO ORDERED.

DATED: October 20, 2023

/s/ Daniel J. Calabretta
HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

– 1 –

2:14-cr-00083-DJC-3