**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>ALEKSANDR MASLOV,<br>    Defendant. | Case No.:  2:14-cr-00083-DJC-3<br><br>**ORDER** |

   Good case appearing, based on the parties' stipulation, it is hereby ordered that sentencing and judgment for Defendant Aleksandr Maslov currently scheduled for February 22, 2024 be continued to April 25, 2024, at 9:00 a.m.

   IT IS SO ORDERED.

Dated:  January 30, 2024          /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                   UNITED STATES DISTRICT JUDGE

1