# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff(s),<br>　　v.<br>ALEKSANDR MASLOV,<br>　　Defendant(s). | Case No.: 2:14-cr-00083-DJC-3<br><br>**ORDER** |

Based on the parties' stipulation, good case having been shown, the Clerk of Court is DIRECTED to provide Defendant Aleksandr Maslov's counsel, Tony Faryar Farmani, Esq., with the sealed records identified below by their respective docket entries:

- SEALED Dr. McDermott Competency Evaluation as to Aleksandr Maslov (ECF No. 169);
- SEALED LETTER from the B.O.P. concerning Defendant's Competency Evaluation (ECF No. 185);
- SEALED EVENT: Sealed Forensic Evaluation concerning Defendant

Aleksandr Maslov's competency (ECF No. 198); and

- The three-page supplemental report regarding defendant's competency, pertaining to Defendant Aleksandr Maslov. (ECF No. 223.)

IT IS SO ORDERED.

Dated:  February 7, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE