# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEKSANDR MASLOV,<br><br>    Defendant. | Case No.:   2:14-cr-00083-DJC-3<br><br>**ORDER** |

Good case appearing, based on the parties' stipulation, it is hereby ordered that resentencing for Defendant Aleksandr Maslov currently scheduled for April 25, 2024 be continued to June 6, 2024, at 9:00 AM.

    IT IS SO ORDERED.

Dated:  April 22, 2024              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE

1